# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUDY HANNON,
          Appellant,
    vs.
THE STATE OF NEVADA,
          Respondent.

No. 76466

FILED

OCT 0 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus challenging an extradition. First Judicial District Court, Carson City; William A. Maddox, Judge.

On August 23, 2018, we entered an order denying appellant's motion to stay his extradition pending appeal because it appeared that he had already been extradited. We directed appellant, by September 7, 2018, to either (1) show cause why this appeal should not be dismissed as moot, or (2) file a motion to voluntarily dismiss this appeal. We cautioned that failure to comply with our order could result in the dismissal of this appeal. To date, appellant has not complied with our order otherwise communicated with this court. Nevertheless, in support of his motion for stay pending appeal, appellant stated that if he were extradited, his petition would

18-38239

become "instantly and irrevocably moot." Accordingly, it appears that this appeal has been rendered moot by appellant's extradition, we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Chief Judge, The First Judicial District Court
       Hon. William A. Maddox, Senior Judge
       Timothy R. Treffinger
       Attorney General/Carson City
       Carson City District Attorney
       Carson City Clerk